NOV 3 0

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO TORRES OCHOA, | ) |
| | ) |
| Plaintiff, | ) 3:10-cv-00459-RCJ-RAM |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| B. WAGNER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

This prisoner civil rights action comes before the court following plaintiff's failure to pay the $350.00 filing fee in response to the court's September 16, 2010 order (docket #9). The court denied plaintiff's application to proceed *in forma pauperis* and ordered that he must pay the full filing fee within thirty (30) days or his case would be dismissed. Plaintiff has not paid the filing fee in response to the Order, and therefore, the action is dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice for failure to pay the filing fee.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and close this case.

DATED this 30th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE