AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ARTURO TORRES OCHOA,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER: **3:10-CV-00459-RCJ-RAM**

B. WAGNER, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for failure to pay the filing fee.

  \_11/30/2010\_                                **LANCE S. WILSON**
                                                         Clerk

                                                  \_/s/ P. McDonald\_
                                                   Deputy Clerk